James F. Kahn - 003063
**JAMES F. KAHN, P.C.**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
602-266-1717 Phone
602-266-2484 Fax
James.Kahn@azbar.org
Attorneys for Duane Hyatt

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>FRANK THOMAS BECK,<br><br>　　　　　　　Debtors. | Case No. 2-09-bk-13884 GBN<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE** |

James F. Kahn, of James F. Kahn, P.C., hereby enters his Appearance on behalf of Duane Hyatt, a creditor or party in interest of the above named Debtor and requests that copies of all pleadings, notices, motions, disclosure statements, orders, and any other documents and pleading, etc., filed in this matter be served upon:

> **JAMES F. KAHN, P.C.**
> 301 E. Bethany Home Rd., Suite C-195
> Phoenix, AZ 85012-1266
> 602-266-1717 phone
> 602-266-2484 fax
> James.Kahn@azbar.org
> Attorney for Duane Hyatt

The undersigned also requests that his name and address, as set forth herein, be added to the Court's Master Mailing List in connection with these proceedings.

DATED this 7th day of August, 2009.

> JAMES F. KAHN, PC
>
> /s/ James F. Kahn, SBN003063
> James F. Kahn
> Attorney for Hyatt

Copy of the foregoing faxed and mailed
this 7th day of August, 2009, to:

Lawrence D. Hirsch, Esq.
DeConcini McDonald Yetwin & Lacy, P.C.
7310 N. 16th Street, #330
Phoenix, AZ 85020
Attorney for Debtor

Jill H. Ford
P.O.Box 5845
Carefree, AZ 85377
Trustee


/s/ Christina E. Anglin
Christina E. Anglin



apr ntc.wpd