Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Isaac M. Gabriel (#021780)
isaac.gabriel@quarles.com

Attorneys for Arizona Business Bank

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FRANK THOMAS BECK and KIMBERLY KATHLEEN BECK,<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>Case No. 2:09-bk-13884-GBN<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

QUARLES & BRADY LLP, as attorneys for ARIZONA BUSINESS BANK ("ABB") hereby notices its appearance and requests that it receive notice of all proceedings in the Chapter 7 case of FRANK THOMAS BECK and KIMBERLY KATHLEEN BECK including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following name be added to the master mailing list:

> Isaac M. Gabriel, Esq.
> Quarles & Brady LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, AZ 85004-2391
> Phone: (602) 230-4622
> Fax: (602) 229-5690
> E-mail: isaac.gabriel@quarles.com

QB\9067965.1

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of ABB's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. §157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by ABB without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in this matter.

    DATED this 23rd day of October, 2009.

            QUARLES & BRADY LLP
            Renaissance One
            Two North Central Avenue
            Phoenix, AZ 85004-2391


            By /s/ Isaac M. Gabriel
              Isaac M. Gabriel

            Attorneys for Arizona Business Bank

COPIES of the foregoing sent
via electronic mail or first-
class U.S. mail this 23rd day
of October, 2009, to:

Lawrence D. Hirsch
DeCONCINI McDONALD YETWIN & LACY, PC
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020
Email: lhirsch@dmylphx.com
Attorneys for Debtors

Jill H. Ford
P.O. Box 5845
Carefree, AZ 85377
Chapter 7 Trustee

Terry A. Dake
TERRY A. DAKE, LTD.
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028-1621
Email: tdake@cox.net
Attorneys for Chapter 7 Trustee

OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: USTPRegion14.PX.ECF@USDOJ.GOV

Mark J. Schultz
GALLAS & SCHULTZ
9140 Ward Parkway, Suite 200
Kansas City, MO 64114
Email: mark@gallas-schultz.com
Attorneys for Chase Bank USA, N.A.

James F. Kahn
JAMES F. KAHN, P.C.
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Email: James.Kahn@azbar.org
Attorneys for Duane Hyatt


/s/ Jason Antonino