1 | DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630)
2 | KYLE SHELTON (AZ SBN 027379)
PITE DUNCAN, LLP
3 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 | San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 | Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for US BANK, NA AS TRUSTEE FOR CCB LIBOR SERIES 2006-A TRUST

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>FRANK THOMAS BECK AND KIMBERLY KATHLEEN BECK,<br><br>Debtor(s). | Case No. 2:09-BK-13884-GBN<br><br>Chapter 7 |
| US BANK, NA AS TRUSTEE FOR CCB LIBOR SERIES 2006-A TRUST,<br><br>Movant,<br><br>vs.<br><br>FRANK THOMAS BECK AND KIMBERLY KATHLEEN BECK, Debtor(s); and JILL H. FORD, Chapter 7 Trustee,<br><br>Respondents. | NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |

TO DEBTORS, DEBTORS' ATTORNEY, CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:

/./././

/./././

/./././

/./././

/./././

/./././

- 1 -

US Bank, NA as trustee for CCB Libor Series 2006-A Trust (hereinafter "Movant"), hereby lodges its proposed Order Granting Motion for Relief From Automatic Stay, which is attached hereto as exhibit A.

Dated: April 12, 2010

PITE DUNCAN, LLP

/s/ KJS 027379
KYLE J. SHELTON
Attorneys for US BANK, NA AS TRUSTEE FOR CCB LIBOR SERIES 2006-A TRUST