**ORDERED ACCORDINGLY.**

**Dated: December 14, 2010**

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

In re:

FRANK THOMAS BECK AND KIMBERLY KATHLEEN BECK,

Debtors.

Case No. 2:09-bk-13884-GBN

Chapter 7 Proceedings

**ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT TO CORRECT MOVANT'S NAME PURSUANT TO RULE 60 (A), FED.R.CIV.P.**

The Court having reviewed the *Motion for Relief from Judgment to Correct Movant's Name Pursuant to Rule 60(A), Fed.R.Civ.P. (*the "Motion"*)* filed by U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, by Specialized Loan Servicing, LLC ("Movant"), and the Motion having been properly served and noticed by serving the *Notice of Filing Motion for Relief from Judgment to Correct Movant's Name Pursuant to Rule 60(A), Fed.R.Civ.P.*, which incorporated a 14-day bar date notice for the Motion, no party in interest having objected to such relief, and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order for Relief which granted the motion for relief from the automatic stay filed on February 21, 2010 (ECF No. 54) shall reflect U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, by Specialized Loan Servicing, LLC as the Movant.

**IT IS FURTHER ORDERED** that U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, by Specialized Loan Servicing, LLC shall be reflected as the Movant *nunc pro tunc* to the date of April 21, 2010, the date the Order for Relief was entered (ECF No. 71).

**DATED AND SIGNED ABOVE.**